Jeffrey G. Maxwell, ABA #1705026
McKenzie Rothwell Barlow & Coughran, P.S.
1325 Fourth Avenue, Suite 910
Seattle, Washington 98101
(206) 224-9900
jeffreym@mrbclaw.com

Counsel for the Plaintiff
Alaska Carpenters Trust Funds

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA CARPENTERS HEALTH AND WELFARE TRUST FUND; SOUTHERN ALASKA CARPENTERS RETIREMENT FUND; ALASKA CARPENTERS DEFINED CONTRIBUTION TRUST FUND; and ALASKA REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>      Plaintiffs,<br> v.<br><br>BELARDE CUSTOM CONCRETE COMPANY, an Alaska corporation,<br><br>      Defendant. | Case No. 3:18-cv-00232 SLG<br><br>COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES |

## I. **PARTIES**

1.1 Plaintiff Alaska Carpenters Health and Welfare Trust Fund ("Carpenters Health Trust") is a Taft-Hartley trust fund established to create and administer one or more employee welfare benefit plans for participating employees and their beneficiaries. The Carpenters Health Trust maintains its principal office in Anchorage, Alaska.

1.2 Plaintiff Southern Alaska Carpenters Retirement Fund ("Carpenters Retirement Trust") is a Taft-Hartley trust fund established to create and administer one or more employee

COMPLAINT – 1
Alaska Carpenters Trust Funds v. Belarde Custom Concrete
3:18-cv-00232 SLG
4500 015 ti061902

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:18-cv-00232-SLG   Document 1   Filed 10/05/18   Page 1 of 8

pension benefit plans for participating employees and their beneficiaries. The Carpenters Retirement Trust maintains its principal office in Anchorage, Alaska.

1.3  Plaintiff Alaska Carpenters Defined Contribution Trust Fund ("Carpenters Defined Contribution Trust") is a Taft-Hartley trust fund established to provide an employee pension plan for the participating employees and their beneficiaries. The Carpenters Defined Contribution Trust maintains its principal office in Anchorage, Alaska.

1.4  Plaintiff Alaska Regional Council of Carpenters Apprenticeship and Training Trust Fund ("Carpenters Apprenticeship Trust") is a Taft-Hartley trust fund established to provide and maintain the training and education of apprentices and journeymen. The Carpenters Apprenticeship Trust maintains its principal office in Anchorage, Alaska.

1.5  The Plaintiffs are commonly referred to collectively as the Alaska Carpenters Trust Funds.

1.6  Defendant Belarde Custom Concrete Company is an Alaska corporation with its principal place of business in Kodiak, Alaska.

## II. JURISDICTION AND VENUE

2.1  This Court has exclusive jurisdiction pursuant to §502(e)(1) of the Employee Retirement Income Security Act of 1974 ("ERISA"), codified at 29 U.S.C. §1132(e)(1).

2.2  Venue in this Court is proper pursuant to §502(e)(2) ERISA, codified at 29 U.S.C. §1132(e)(2).

## III. FACTS

3.1  On November 7, 2007, Martin L. Belarde, identifying himself as "President," executed a Compliance Agreement on behalf of Belarde Custom Concrete with the Alaska

COMPLAINT – 2
Alaska Carpenters Trust Funds v. Belarde Custom Concrete
3:18-cv-00232 SLG

4500 015 ti061902

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:18-cv-00232-SLG   Document 1   Filed 10/05/18   Page 2 of 8

Regional Council of Carpenters (the "Union").[1] The Compliance Agreement incorporates by reference the terms and conditions of the *Agreement between Associated General Contractors of Alaska and the Alaska Regional Council of Carpenters and its Affiliated Local Unions*, effective September 1, 2004 – June 30, 2008 (the "Master Labor Agreement"):

> Whereas the Union entered into a collective bargaining agreement with the Associated General Contractors of Alaska Multi-employer Group and the Millwright Employers Association effective 9/1/07--6/30/08.
>
> Whereas, it is the desire of the parties to adopt that agreement as their own for all work covering those employees of the employer that are employed in the State of Alaska that work within those classifications set out in the above AGC and Millwrights Employers Association Agreement, it is agreed as follows:
>
> 1. The parties adopt that agreement as their collective bargaining agreement.
>
> …
>
> 3. The Employer hereby acknowledges receipt of a copy of the Collective Bargaining Agreement dated September 1 2004 June 30 2008.

3.2     The Master Labor Agreement contains an evergreen clause. The current Master Labor Agreement in effect is the *Agreement between the Associated General Contractors of Alaska, Inc. and the Pacific Northwest Regional Council of Carpenters*, effective July 1, 2017 – June 30, 2020. Its predecessor agreement, effective July 1, 2014 – June 20, 2017, is also relevant to certain of the Alaska Carpenters Trust Funds' claims.

3.3     By becoming party to the Master Labor Agreement, Belarde agreed to report and make fringe benefit contributions to the Alaska Carpenters Trust Funds.

3.4     The Alaska Carpenters Trust Funds are beneficiaries under the terms of the Compliance Agreement and the Master Labor Agreement.

---

[1] The Alaska Regional Council of Carpenters has since merged into the Pacific Northwest Regional Council of Carpenters.

COMPLAINT – 3
Alaska Carpenters Trust Funds v. Belarde Custom Concrete
3:18-cv-00232 SLG
4500 015 ti061902

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:18-cv-00232-SLG   Document 1   Filed 10/05/18   Page 3 of 8

3.5     By executing the Compliance Agreement, as discussed above, Belarde agreed to the terms of the (i) Alaska Carpenters Health & Welfare Trust Fund; (ii) Alaska Carpenters Defined Contribution Trust; (iii) Southern Alaska Carpenters Defined Benefit Plan; and (iv) Alaska Regional Council of Carpenters Apprenticeship and Training Trust Fund.

3.6     Belarde's obligations under the Carpenters Health Trust are set forth in Article IX, Sections 1 – 9 of the *Trust Agreement Governing the Alaska Carpenters Health and Welfare Trust Fund*, dated July 14, 2006, and as amended. Under the Carpenters Health Trust, Belarde agreed to, among other things:

- Submit its reports on or before the due date specified in the trust agreement or as set by the trustees, even if the company had no employees for that period of time;

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, as requested by the trust funds;

- Payment of liquidated damages of twenty percent (20%) on all delinquent contributions;

- Payment of interest of twelve percent (12%) on all delinquent contributions from the due date until the date of payment; and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.7     Belarde's obligations under the Carpenters Retirement Trust are set forth in Article IX, Sections 1 – 9 of the *Trust Agreement Governing the Southern Alaska Carpenters Retirement Fund*, dated December 9, 1986, and as amended. Under the Carpenters Retirement Trust, Belarde agreed to, among other things:

- Submit its reports on or before the due date specified in the trust agreement or as set by the trustees, even if the company had no employees for that period of time;

COMPLAINT – 4
Alaska Carpenters Trust Funds v. Belarde Custom Concrete
3:18-cv-00232 SLG

4500 015 ti061902

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:18-cv-00232-SLG   Document 1   Filed 10/05/18   Page 4 of 8

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, as requested by the trust funds;

- Payment of liquidated damages of twenty percent (20%) on all delinquent contributions;

- Payment of interest of twelve percent (12%) on all delinquent contributions from the due date until the date of payment; and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.8 Belarde's obligations under the Carpenters Defined Contribution Trust are set forth in Article II, Sections 7 – 12 of the *Trust Agreement Establishing the Alaska Carpenters Defined Contribution Trust Fund*, dated July 1, 2006, and as amended. Under the Carpenters Defined Contribution Trust, Belarde agreed to, among other things:

- Submit its reports on or before the due date specified in the trust agreement or as set by the trustees, even if the company had no employees for that period of time;

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, as requested by the trust funds;

- Payment of liquidated damages of twelve percent (12%) on all delinquent contributions;

- Payment of interest of eighteen percent (18%) on all delinquent contributions from the due date until the date of payment; and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.9 Belarde's obligations under the Carpenters Apprenticeship Trust are set forth in Article II, Sections 7 – 9, and Article IV, Section 4 of the *Trust Agreement the Alaska Regional Council of Carpenters Apprenticeship and Training Trust*, dated April 1, 2012. Under the Carpenters Apprenticeship Trust, Belarde agreed to, among other things:

COMPLAINT – 5
Alaska Carpenters Trust Funds v. Belarde Custom Concrete
3:18-cv-00232 SLG

4500 015 ti061902

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:18-cv-00232-SLG   Document 1   Filed 10/05/18   Page 5 of 8

- Submit its reports on or before the 15th day of the calendar month in which the contributions become payable, even if the company had no employees for that period of time;

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, as requested by the trust funds;

- Payment of liquidated damages of five percent (5%) on all delinquent contributions; and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.10   Upon information and belief, following execution of the Compliance Agreement, Belarde used employees to covered work subject to the Master Labor Agreement. Belarde also began its monthly reporting and payment of fringe benefit contributions to the Alaska Carpenters Trust Funds.

3.11   Belarde has failed to provide the Alaska Carpenters Trust Funds with monthly employer remittance reports for the period February through August 2018, despite demand.

3.12   As of the date of this complaint, Belarde owes the Alaska Carpenters Trust Funds an unknown amount in fringe benefit contributions for the period February 1, 2018 through August 31, 2018, plus additional unknown amounts representing liquidated damages, prejudgment interest, attorney fees, and costs of collection.

3.13   Upon information and belief, Belarde's failure to properly report and pay fringe benefit contributions to the Alaska Carpenters Trust Funds is continuing.

### IV.  CAUSES OF ACTION

**First Cause of Action**
**(Breach of Labor Agreement/Trust Agreement)**

4.1   The Alaska Carpenters Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.13 above.

COMPLAINT – 6
Alaska Carpenters Trust Funds v. Belarde Custom Concrete
3:18-cv-00232 SLG
4500 015 ti061902

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:18-cv-00232-SLG   Document 1   Filed 10/05/18   Page 6 of 8

4.2     Belarde's failure to properly report and pay fringe benefit contributions constitutes breaches of the terms of the Compliance Agreement and the Master Labor Agreement between the Union and Belarde, to which the Alaska Carpenters Trust Funds are beneficiaries. Belarde's failure to properly report and pay fringe benefit contributions constitutes breaches of the Trust Agreements, the terms of which Belarde agreed to when it became signatory to the Master Labor Agreement.

4.3     As a result of Belarde's breaches, the Alaska Carpenters Trust Funds have been damaged in an amount to be proven at trial, plus ancillary charges including liquidated damages, prejudgment interest, attorney fees, and costs of collection.

## Second Cause of Action
### (Violation of ERISA)

4.4     The Alaska Carpenters Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.13 above.

4.5     Belarde's failure to report and pay fringe benefit contributions constitutes a violation of §503(a)(3), §515 ERISA, codified at 29 U.S.C. §1132(a)(3), §1145.

4.6     As a result of Belarde's violation, the Alaska Carpenters Trust Funds have been damaged in an amount to be proven at trial, plus ancillary charges including liquidated damages, prejudgment interest, attorney fees, and costs of collection.

## V. REQUESTED RELIEF

The Plaintiff Alaska Carpenters Trust Funds respectfully request the Court grant the following relief:

A.     Entry of an injunction or other equitable relief that enjoins Belarde from further breaches of the labor and trust agreements to which it is a party; specifically, entry of an order compelling Belarde to promptly furnish the delinquent monthly employer remittance reports and to timely provide the reports going forward;

COMPLAINT – 7
Alaska Carpenters Trust Funds v. Belarde Custom Concrete
3:18-cv-00232 SLG

4500 015 ti061902

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:18-cv-00232-SLG   Document 1   Filed 10/05/18   Page 7 of 8

B. Judgment in favor of the Alaska Carpenters Trust Funds against Belarde, in an amount to be determined at trial, representing past-due and delinquent fringe benefit contributions owed by Defendant pursuant to the terms of the labor and trust agreements to which Belarde is a party;

C. Judgment in favor of the Alaska Carpenters Trust Funds against Belarde, in an amount to be determined at trial, representing liquidated damages owed by Defendant pursuant to the terms of the labor and trust agreements to which Belarde is a party;

D. Judgment in favor of the Alaska Carpenters Trust Funds against Belarde, in an amount to be determined at trial, representing accrued prejudgment interest owed by Defendant pursuant to the terms of the labor and trust agreements to which Belarde is a party;

E. An award of attorney fees of not less than $5,000.00, plus costs of collection, as authorized by the labor and trust agreements to which Belarde is a party, and as authorized under ERISA;

F. An award of post-judgment interest at the 12% rate specified by the applicable trust agreement, and as authorized under ERISA; and

G. Any other such relief under federal law or as is just and equitable.

Dated: October 5, 2018.

s/ Jeffrey G. Maxwell
Jeffrey G. Maxwell, ABA #1705026
McKENZIE ROTHWELL BARLOW
 & COUGHRAN, P.S.
1325 Fourth Avenue, Suite 910
Seattle, Washington 98101
(206) 224-9900
jeffreym@mrbclaw.com

Counsel for the Alaska Carpenters Trust Funds

COMPLAINT – 8
Alaska Carpenters Trust Funds v. Belarde Custom Concrete
3:18-cv-00232 SLG
4500 015 ti061902

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:18-cv-00232-SLG   Document 1   Filed 10/05/18   Page 8 of 8